## A03A1079. WALTERS v. STEWART.
(606 SE2d 644)

RUFFIN, Presiding Judge.

In *Stewart v. Walters*,[1] the Supreme Court reversed our opinion in *Walters v. Stewart*,[2] in which we held that the trial court erred in granting summary judgment to Stewart. Accordingly, we vacate our earlier opinion and adopt the opinion of the Supreme Court as our own.

*Judgment reversed. Smith, C. J., and Miller, J., concur.*

---

[1] 278 Ga. 374 (602 SE2d 642) (2004).

[2] 263 Ga. App. 475 (588 SE2d 248) (2003).

*G. E. Adams, Edwin S. Varner, Jr.*, for appellant.
*Eric T. Johnson*, for appellee.